PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:24-po-00249-CDB |
|---|---|
| Plaintiff, | [Citation #E1930454, CA14] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| JAIME RODRIGO NUNEZ, | (Doc. 3) |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00249-CDB against JAIME RODRIGO NUNEZ [Citation #E1930454, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 27, 2024                      Respectfully submitted,

                                                               PHILLIP A. TALBERT
                                                               United States Attorney

                                      By:    /s/ *Chan Hee Chu*
                                                 CHAN HEE CHU
                                                 Assistant United States Attorney

1

USA v. Nunez
Case No. 5:24-po-00249-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00249-CDB [Citation #E1930454, CA14] against JAIME RODRIGO NUNEZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **August 27, 2024**

_____
UNITED STATES MAGISTRATE JUDGE